ANTHONY L. HALL, ESQ., SBN 5977
ahall@halelane.com
DORA V. LANE, ESQ., SBN 8424
dlane@halelane.com
Hale Lane - Attorneys at Law
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Attorney for Defendant
TAHOE BILTMORE

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEVADA

| | |
|---|---|
| LINDA GLIEBE,<br><br>        Plaintiff,<br><br>    vs.<br><br>TAHOE BILTMORE INC.<br><br>        Defendant. | CASE NO: 3:05-cv-00685-VPC<br><br>**WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS** |

   COMES NOW, Tahoe Biltmore, by and through Anthony L. Hall, Esq., of Hale Lane Peek Dennison and Howard, and hereby withdraws the pending Motion to Dismiss, which was filed on April 20, 2006. The parties have filed a Stipulation dismissing the claims that are referenced in the motion and therefore, Defendant respectfully withdraws its pending Motion to Dismiss.

   DATED: May 23, 2006.

                                        _____
                                        ANTHONY L. HALL, ESQ.
                                        DORA V. LANE, ESQ.
                                        HALE LANE PEEK DENNISON AND HOWARD
                                        5441 Kietzke Lane, Second Floor
                                        Reno, Nevada 89511
                                        Telephone: (775) 327-3000; Facsimile: (775) 786-6179

                                        Attorneys for Defendant
                                        TAHOE BILTMORE, INC.

DATED: May 30, 2006.

                                        _____
                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE